```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAIGHT LINE CAULKING, INC., etc, <br><br> Defendant. | NO. C 05 5271 EDL <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Karen Titus, Custodian of Records of Judgment Debtor
     Straightline Caulking & Waterproofing
     8505 Church Street, Suite 16
     Gilroy, CA 95020

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on <u>November 20, 2007</u> at <u>10:30</u> a.m. at <u>450 Golden Gate Avenue</u>, <u>San Francisco, CA , 15th Floor, Courtroom E</u>, before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.   The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>                                                    1

1          2. Title documents to all equipment and vehicles of debtor;

2          3. All lists and schedules of rented, leased and owned
3  equipment of debtor;

4          4. Copies of all real property and personal property leases
5  wherein debtor is a party;

6          5. Copies of all tax bills, deeds, contracts, deeds of
7  trust or deposit receipts relating to all real and personal property
8  in which any interest is held;

9          6. Annual Financial Statements for the 2004 and 2005 and
10 all monthly financial statements for the same period;

11         7. Federal tax returns for the last three years;

12         8. All bank statements, deposit slips and canceled checks
13 for all accounts for 2006 and 2007;

14         9. The last tax return filed with the Franchise Tax Board;

15         10. Copies of all purchase orders, change orders accepted
16 bids, and contracts which relate in any way to work performed by
17 debtor during the period from January 1, 2006 to date;

18         11. All accounts receivable lists generated by the Company
19 from January 2007 to date;

20         12. Cash Disbursement Journal for 2007;

21         13. All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;

24         14. All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.

27         15. All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                                                2

1       NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated: October 2, 2007 _____

7                                                 _____
8                                                 Magistrate Judge Elizabeth D. Laporte



ORDER OF EXAMINATION                                                                       3